

PRESS FIRMLY TO SEAL

FSC MIX FSC C116916

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply)
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | www.pitneybowes.com

P

US POSTAGE PAID IMI
02/06/2025
From 31815
Zone 1

Pitney Bowes CommPrice
Flat Rate Envelope

028W0002310150
2000271589

**USPS PRIORITY MAIL®**

RIVERO LOPEZ, KENDINZON
A# 249208349
PO Box 248
Lumpkin GA 31815-0248

Expected Delivery Date: 02/10/2025

0003

FEB 0 [illegible] 2025

U.S. DISTRICT COURT MIDDLE DISTRICT OF GEORGIA
PO BOX 124
COLUMBUS GA 31902-0124

USPS TRACKING #

9405 5401 0515 6000 9598 51

Rivero Lopez Kendinzoy
A249208349
5B-211A
146 CCA RD P.O Box 248
Lumpkin, GA 37815
Stewart Detention Center

United States District Court
Middle District of Georgia, P.O Box 124
Columbus, GA 31902